## LAMB v. STATE.
### No. 14654.

Court of Criminal Appeals of Texas.
Oct. 14, 1931.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, J.

The offense is possession of intoxicating liquor for the purpose of sale; the punishment, confinement in the penitentiary for one year.

The record is before us without a statement of facts or bills of exception. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## AVERY v. STATE.
### No. 14835.

Court of Criminal Appeals of Texas.
Oct. 14, 1931.

W. B. Howard, of Childress, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for arson; punishment, six years in the penitentiary.

We find filed in this record on September 21, 1931, an affidavit by the sheriff of Childress county, the county in which conviction was had setting forth that appellant had escaped from the custody of said officer and has been at large since said time. Under such circumstances it becomes our duty to dismiss the appeal in this case, and it is accordingly so ordered.